RECEIVED
IN LAKE CHARLES, LA

JUL 14 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| WOODROW FORTUNE | : | DOCKET NO. 2:09-cv-470 SECTION P |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ERIC HOLDER, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Woodrow Fortune filed a *habeas corpus* petition in the above-captioned matter on March 23, 2009. Doc. 1. On July 13, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Fortune was released from detention pursuant to an order of supervision pending removal on May 20, 2009. Doc. 11.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Fortune shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 14th day of July, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE